THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL HUGHES,
    Plaintiff

v.

LISA K. BARR, et al.,
    Defendants

3:14-cv-2233

(Judge Mariani)

## ORDER

**AND NOW,** this ___ day of June, 2015, in accordance with the Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss, (Doc. 17), is **GRANTED.**

2. All other pending motions are **DISMISSED.** (Doc. 5).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

Robert D. Mariani
United States District Judge